In the Matter of The General Assignment for the Benefit of Creditors of HARRY and ADOLPH REFOLD, Assignors, to MANICK H. BLUM and PHILIP SLAVITT, Assignee, Appellants, and LOUIS KATZ, Respondent.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.